**CHARTER COMMUNICATIONS, INC., a corporation, Appellee,**

v.

**SOUTHWESTERN BELL TELE-PHONE COMPANY, a corporation, Appellant.**

No. 01–3496.

United States Court of Appeals, Eighth Circuit.

Submitted Jan. 17, 2002.

Filed Jan. 24, 2002.

---

Before BOWMAN, FAGG, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

PER CURIAM.

Southwestern Bell Telephone Company (SWB) appeals from the grant of Charter Communications, Inc.'s request for a preliminary injunction against certain advertising of SWB claimed to be in violation of the Lanham Act and state law. Having considered the record and the parties' arguments, we are satisfied the district court [*] correctly granted the requested injunction pending trial on the merits. Because the parties' submissions show they are thoroughly familiar with the issues before the court, we believe an extensive discussion is not warranted. Having reviewed SWB's contentions of reversible error and abuse of discretion, we affirm for the reasons explained in the district court's thorough opinion and remand to the district court for further proceedings.

---

[*] The Honorable Catherine D. Perry, United States District Judge for the Eastern District of Missouri.